IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS A. PADILLA,

      Plaintiff,                  No. 2:08-cv-1357 JFM (PC)

  vs.

J. WALKER, Warden, et al.,

      Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On July 21, 2008, the court recommended that this action be dismissed based on plaintiff's failure to keep the court apprised of his current address. On July 28, 2008, plaintiff filed objections, noting he remains at the same facility, but had been moved to a different part of the prison, and his mail was erroneously returned as undeliverable. Good cause appearing, the findings and recommendations will be vacated.

        However, plaintiff has not filed an in forma pauperis affidavit or paid the required filing fee as required by this court's June 25, 2008 order. <u>See also</u> 28 U.S.C. §§ 1914(a), 1915(a). Because it appears plaintiff did not receive that order, the Clerk of the Court will be directed to re-serve a copy of that order on plaintiff and he will be granted an extension of time in which to comply.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The July 21, 2008 findings and recommendations are vacated.

2. Plaintiff is granted thirty days in which to submit an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee, pursuant to this court's June 25, 2008 order; plaintiff's failure to comply with this order will result in the dismissal of this action.

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner, and a copy of this court's June 25, 2008 order (docket no. 3).

DATED: August 4, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; padi1357.36