IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS A. PADILLA,

    Plaintiff,               No. 2:08-cv-1357 JFM (PC)

    vs.

J. WALKER, Warden, et al.,

    Defendants.          <u>ORDER</u>

                                     /

        Plaintiff has requested an extension of time to file an affidavit in support of his request to proceed in forma pauperis pursuant to the court's order of August 5, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 3, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an affidavit in support of his request to proceed in forma pauperis .

DATED: September 11, 2008.

                                            UNITED STATES MAGISTRATE JUDGE

/ke/001
padi1357.36(2)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26