IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS A. PADILLA,

      Plaintiff,                    No. 2:08-cv-1357-MCE-JFM (PC)

   vs.

J. WALKER, et al.,

      Defendants.            <u>ORDER</u>

          Plaintiff has filed his second request for an extension of time to file an affidavit in support of his request to proceed in forma pauperis pursuant to the court's order August 5, 2008. Plaintiff states that jail officials have again failed to return to him the in forma pauperis affidavit or a copy of his trust account statement. Good cause appearing, plaintiff's request will be partially granted. The Clerk of the Court will be directed to serve two applications to proceed in forma pauperis on plaintiff. Plaintiff shall complete and file one of the application forms without obtaining the jail authority's certification on that form. Plaintiff shall complete the other application and forward it to the jail authority for completion of the certification and to obtain a copy of the trust account statement.

          Plaintiff shall include with his filing a document reflecting the date he presented his completed affidavit to jail officials, as well as the name of the jail official to whom he has

1

presented the form.  Upon receipt of plaintiff's form, the court will hold this action in abeyance for a period of thirty days to enable jail officials to complete the certification portion and provide the pertinent trust account statement.  If, within that thirty day period, these documents have not been provided to plaintiff by jail officials, this court will issue an order to show cause why the jail official should not be held in contempt for interfering with plaintiff's access to the courts. The Clerk of the Court will be directed to serve a copy of this order on the Sacramento County Jail Commander.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 15, 2008 request for an extension of time [docket no. 12] is granted;

2. The Clerk of the Court is directed to send **two (2)** copies of the court's application to proceed in forma pauperis to plaintiff.

3. Plaintiff is granted thirty days from the date of this order in which to file a completed affidavit in support of his request to proceed in forma pauperis, without the certification by jail officials or trust account statement.

4. Within thirty days plaintiff shall complete a second affidavit in support of his request to proceed in forma pauperis and submit it to jail officials for completion of the certification portion and to obtain a copy of the certified trust account statement.  Plaintiff shall take note of the date and time he presents the completed affidavit to jail officials and shall document the jail official's name and badge number to submit to the court with his affidavit completed pursuant to paragraph (3) above.

5. Upon receipt of the affidavit completed by plaintiff, as well as the information concerning its delivery to jail officials, the court will hold this action in abeyance for a period of thirty days.  If, within that thirty day period, these documents have not been provided to plaintiff by jail officials, this court will issue an order to show cause why the jail official should not be held in contempt for interfering with plaintiff's access to the courts.

1   6. The Clerk of the Court is directed to serve a certified copy of this order on the
Sacramento County Jail Commander, 650 I Street, Sacramento, CA  95814.

DATED: October 29, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/ke/001
padi1357.36sec

3